FILED
2009 Jun-16 PM 02:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| WANDA WOOD, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| V. | ) | CASE NO: 4:2008cv02227 |
| | ) | |
| PALISADES COLLECTION, LLC, | ) | |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |

## JOINT STIPULATION OF DISMISSAL

COMES NOW the plaintiff, by and through counsel, John Watts, and defendant, Palisades Collection, LLC, by and through counsel, Neal D. Moore, III, and request that this matter be dismissed with prejudice, costs taxed as paid, and in support of this motion show as follows:

1. The parties have resolved their dispute through a separate confidential agreement.

WHEREFORE, PREMISES CONSIDERED, the parties respectfully request this Honorable Court to dismiss this case with prejudice, costs taxed as paid.

John Watts
Watts Law Group, PC
700 29th Street South, Suite 201
Birmingham, Alabama 35233
*Attorney for Plaintiff*

Neal D. Moore, III
FERGUSON, FROST & DODSON, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama 35243
*Attorney for Defendant*

{W0231254.1 }