FILED
2009 Jun-16 PM 04:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **WANDA S. WOOD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 4:08-CV-2227-VEH |
| | ) |
| **PALISADES COLLECTION, LLC,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |
| | ) |
| | ) |

## ORDER OF DISMISSAL

The Court having received the Joint Stipulation of Dismissal, doc. #20, in this case, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED WITH PREJUDICE**, costs taxed as paid.

**DONE** this the 16th day of June, 2009.

**VIRGINIA EMERSON HOPKINS**
United States District Judge